# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| SONDA FOODS, INC. AND DAVE MARSON<br>*Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:11-cv-90 |
| BAKERY TECHNOLOGY ENTERPRISES, LLC; ALL FOOD EQUIPMENT, LLC; ET AL.<br>*Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SCOTT ROBERTS
1240 INDUSTRIAL PARK ROAD
COLUMBIA TN 38401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DRIVE #C
CARSON CITY NV 89701-5860

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT KEITH THROCKMORTON

Date: DEC 13 2011

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| SONDA FOODS, INC. AND DAVE MARSON<br>*Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:11-cv-90 |
| BAKERY TECHNOLOGY ENTERPRISES, LLC; ALL FOOD EQUIPMENT, LLC; ET AL.<br>*Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* DINO ROBERTS
1240 INDUSTRIAL PARK ROAD
COLUMBIA TN 38401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DRIVE #C
CARSON CITY NV 89701-5860

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* KEITH THROCKMORTON

Date: DEC 1 3 2011

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| SONDA FOODS, INC. AND DAVE MARSON<br>*Plaintiff*<br>v.<br>BAKERY TECHNOLOGY ENTERPRISES, LLC; ALL FOOD EQUIPMENT, LLC; ET AL.<br>*Defendant* | ) | Civil Action No. 1:11-cv-90 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHRISTOPHER ROBERTS
1240 INDUSTRIAL PARK ROAD
COLUMBIA TN 38401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DRIVE #C
CARSON CITY NV 89701-5860

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: DEC 1 3 2011

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| SONDA FOODS, INC. AND DAVE MARSON<br>*Plaintiff*<br>v.<br>BAKERY TECHNOLOGY ENTERPRISES, LLC; ALL FOOD EQUIPMENT, LLC; ET AL.<br>*Defendant* | ) | Civil Action No. 1:11-cv-90 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALL FOOD EQUIPMENT LLC
1240 INDUSTRIAL PARK ROAD
COLUMBIA TN 38401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DRIVE #C
CARSON CITY NV 89701-5860

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* KEITH THROCKMORTON

Date: DEC 1 3 2011

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| SONDA FOODS, INC. AND DAVE MARSON<br>*Plaintiff*<br>v.<br>BAKERY TECHNOLOGY ENTERPRISES, LLC; ALL FOOD EQUIPMENT, LLC; ET AL.<br>*Defendant* | ) | Civil Action No. 1:11-cv-90 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BAKERY TECHNOLOGY ENTERPRISES, LLC
1240 INDUSTRIAL PARK ROAD
COLUMBIA TN 38401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DRIVE #C
CARSON CITY NV 89701-5860

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: DEC 13 2011

*Signature of Clerk or Deputy Clerk*